**Dismiss and Opinion Filed July 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00855-CV

### IN RE DONALD DAVIS, Relator

**Original Proceeding from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-07331**

## MEMORANDUM OPINION

Before Justices Wright, Bridges, and Brown
Opinion by Justice Bridges

Relator filed this petition for writ of mandamus requesting that the Court order the judge of the 191st Judicial District Court to order the district clerk to file his original petition alleging violations of the Fair Credit Reporting Act by the Attorney General – Child Support Division. The district clerk's office has already taken the action the relator wishes us to compel the trial judge to order. The district clerk's office filed relator's original petition on June 30, 2015 in cause number DC-15-07331. For that reason, a justiciable controversy does not exist. *In re Kellogg Brown & Root, Inc.,* 166 S.W.3d 732, 737 (Tex. 2005) (orig. proceeding) ("A case becomes moot if a controversy ceases to exist between the parties at any stage of the legal proceedings."); *State Bar of Tex. v. Gomez,* 891 S.W.2d 243, 245 (Tex. 1994) (orig. proceeding) (stating that for controversy to be justiciable, there must be a real controversy between the parties that will be actually resolved by the judicial relief sought); *Dow Chem. Co. v. Garcia,* 909

S.W.2d 503, 505 (Tex. 1995) (orig. proceeding) (court will not issue mandamus if it would be useless or unavailing).  We **DISMISS** the petition for lack of jurisdiction.


150855F.P05

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE